

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Robert G. Walker, Appellant

No. 06-23-00075-CV      v.

Lamar County, et al., Appellees

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 89503). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We note that the appellant, Robert G. Walker, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 8, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk